PROB 12B
(7/93)

Case 6:11-cr-00017-JRH-CLR   Document 108   Filed 02/23/17   Page 1 of 3

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 FEB 23  PM 4: 37

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jared H. Woody | Case Number: 6:11CR00017-1 |

Name of Sentencing Judicial Officer:   Honorable B. Avant Edenfield
United States District Judge for the Southern District of Georgia

Name of Presiding Judicial Officer:   Honorable J. Randal Hall
United States District Judge

Date of Original Sentence:   December 11, 2012

Original Offense:   Possession of child pornography

Original Sentence:   66 months custody; life supervised release; $3,600 fine; $100 special assessment

Type of Supervision   Supervised Release

Date Supervision Commenced:   October 31, 2016

Assistant U.S. Attorney:   Nancy Colleen Greenwood

Defense Attorney:   Edward J. Coleman, III

---

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) you use.

To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

### CAUSE

As noted above, the offender, Jared H. Woody, began his term of supervised release on October 31, 2016. Since that time, Woody has enrolled as a student at Georgia Southern University, Statesboro, Georgia, seeking

Prob 12B                     Request for Modifying the Conditions or Term of Supervision
(7/93)

Re: Jared H. Woody
Case Number: 6:11CR00017-1
Page 2

to complete the remaining requirements for a degree in logistics. Due to the nature of the offender's offense of conviction, the Court imposed numerous special conditions at the time of sentencing. One of those conditions orders Woody not to possess or use a computer with on-line or Internet service without permission. The offender is now requesting permission to own and possess a computer with Internet access in order to complete his college studies. The probation officer respectfully recommends that the Court modify Woody's supervised release conditions as noted above to allow installation of an Internet monitoring program which would monitor and report Woody's Internet activity. The probation officer would not be in favor of Woody utilizing a computer without a monitoring requirement. He recently admitted viewing pornography via the Internet on two occasions and was found to be deceptive during a polygraph regarding pornography. This officer does not trust that the offender would be able to abstain from viewing the Internet if he were given unfettered access to the Internet. However, Woody is unable to complete his studies without use of the Internet.

On February 22, 2017, the offender agreed to a modification of his terms and conditions of supervision and signed the attached Probation Form 49, waiving his right to counsel and his right to an appearance before the Court. Should the Court accept this modification, Woody's use of the Internet will be closely monitored by the probation officer. The offender will be advised that he is only allowed to access the Internet on his computer for school purposes, and any unauthorized use of the Internet will be reported to the Court.

Respectfully submitted,

Stephen C. Highsmith
United States Probation Officer
Date: February 22, 2017

Reviewed by:

J. David Lamb
Supervisory United States Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

J. Randal Hall
United States District Judge

Date: 2/23/2017

PROB 49
(3/89)

# United States District Court

for the

Southern District of Georgia
Statesboro Division

## Waiver of Hearing to Modify Conditions
## of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) you use.

To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

Witness: _____       Signed: _____
              (U.S. Probation Officer)                    (Supervised Releasee)

                                          2-22-17
                                          _____
                                              Date