UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division



FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAY -8 AM 9:38

CLERK _____
SO. DIST. OF GA.

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender

Name of Offender:   Jared H. Woody                                                 Case Number: 6:11CR00017-1

Name of Sentencing Judicial Officer:   Honorable B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Name of Presiding Judicial Officer:
Honorable J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia

Date of Original Sentence:   December 11, 2012

Original Offense:   Possession of child pornography

Original Sentence:   66 months custody; life supervised release; $3,600 fine; $100 special assessment

Type of Supervision   Supervised Release

Date Supervision Commenced:   October 31, 2016

Assistant U.S. Attorney:   Nancy Colleen Greenwood

Defense Attorney:   Edward J. Coleman, III

---

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant shall make minimum monthly payments of $100 for a period of 3 months.

### CAUSE

At the time Woody was sentenced by the Court on December 11, 2012, he was ordered to pay a $3,600 fine. The payment schedule was established at $125 per month over a period of 30 months. Woody commenced his term of supervised release on October 31, 2016. To date, Woody has paid $3,303.22 on his fine and the outstanding balance of $296.78 is past due. Accordingly, it is respectfully recommended that the proposed payment plan be imposed. This officer will continue to monitor Woody's financial status.

Respectfully submitted,

Prob 12B  
(7/93)

Request for Modifying the Conditions or Term of Supervision

Re: Jared H. Woody  
Case Number: 6:11CR00017-1  
Page 2

Respectfully submitted,

Wright E. White  
United States Probation Officer  
Date: May 1, 2019

Reviewed by:

Christopher A. Doughtie, Sr.  
Supervisory United States Probation Officer

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[✓]  The Modification of Conditions as Noted Above  
[ ]  Other

J. RANDAL HALL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF GEORGIA

5/7/19  
Date