## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court and a copy of said response was mailed to the defendant at the following address:

    Jared H. Woody
    2006 Blackenbaker Rd.
    Statesboro, GA 30458

This 22nd day of January, 2024.

                        Respectfully submitted,

                        JILL E. STEINBERG
                        UNITED STATES ATTORNEY

                        */s/ Jennifer J. Kirkland*

                        Jennifer J. Kirkland
                        Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422