IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA        *
                                *
     v.                         *      CR 611-17
                                *
JARED H. WOODY                  *
```

O R D E R

On May 17, 2023, the Court denied Defendant Jared H. Woody's request for early termination of supervised release. The Court stated its reasons therefor upon consideration of the applicable sentencing factors of 18 U.S.C. § 3553(a).[1] Now, only seven months later, Defendant filed another motion to terminate his supervised release term. Defendant provides no new information or argument that undermines or changes the Court's prior analysis. Accordingly, the Court hereby incorporates and adopts its prior analysis from the Order of May 17, 2023 (doc. 120) herein, and thus, Defendant's motion for early termination (doc. 121) is **DENIED.** To the extent that Defendant believes that the Court's prior application of the sentencing factors was incorrect, he should take the matter up on appeal.

---

[1] In terminating a term of supervised release, the Court is directed to consider the sentencing factors of 18 U.S.C. § 3553(a). See 18 U.S.C. § 3583(e).

ORDER ENTERED at Augusta, Georgia, this 25th day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA